UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PNC BANK, NATIONAL ASSOCIATION,

                      Plaintiffs,                   **22-CV-7011 (VF)**

      -against-                               **ORDER**

OPTIMITY ADVISORS, LLC et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The conference to address the issues identified in the joint letter, at ECF No. 64, is hereby re-scheduled for **Thursday, May 2, 2024 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:     New York, New York
                April 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 66.