UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PNC BANK, NATIONAL ASSOCIATION,

                              Plaintiffs,                    **22-CV-7011 (VF)**

            -against-                            **ORDER**

OPTIMITY ADVISORS, LLC et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The plaintiff's motion for partial summary judgment and other relief, at ECF No. 43, is withdrawn without prejudice. The Court respectfully directs the Clerk of Court to terminate the Motion at ECF No. 43.

      **SO ORDERED.**

DATED:     New York, New York
                May 2, 2024

                                                                  VALERIE FIGUEREDO
                                                                 United States Magistrate Judge