UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PNC BANK, NATIONAL ASSOCIATION,

                                            Plaintiffs,                      **22-CV-7011 (VF)**

            -against-                                      **ORDER**

OPTIMITY ADVISORS, LLC et al.,

                                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to submit a joint update by **Wednesday, August 14, 2024** on the status of settlement.

      **SO ORDERED.**

DATED:    New York, New York
                August 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge