UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PNC BANK NATIONAL ASSOCIATION,

                Plaintiff,

-against-

OPTIMITY ADVISORS, LLC, LRM PROPERTIES, LLC, RICK D. McNABB and LYNN A. McNABB,

                Defendants.

Civil Case No. 22-cv-07011-VF

## ~~[JOINT PROPOSED]~~ ORDER OF DISMISSAL

Upon consideration of the parties' Joint Stipulation of Dismissal and Motion that the Court Retain Jurisdiction to Enforce the Terms of the Settlement Agreement, the Parties' Motion is hereby granted. The Court orders as follows:

1. The Court retains jurisdiction over this matter solely to resolve disputes arising under the parties' Settlement Agreement.

2. Pursuant to the terms of the Settlement Agreement, the parties have stipulated to the dismissal with prejudice of all claims asserted in this action, and the Court hereby so orders such dismissal with prejudice.

Dated: New York, New York
       September 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
      DATED: 9/16/2024

The clerk of court is hereby ordered to terminate the motion at ECF No. 72.