UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PNC BANK, NATIONAL ASSOCIATION,

                            Plaintiffs,            **22-CV-7011 (VF)**

    -against-                **ORDER**

OPTIMITY ADVISORS, LLC et al.,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Defendants are directed to respond to Plaintiff's motion at ECF No. 74 by **December 30, 2024**, otherwise the motion will be considered fully briefed.

      **SO ORDERED.**

DATED:    New York, New York
              December 9, 2024

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge