UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PNC BANK NATIONAL ASSOCIATION,

                Plaintiff,

-against-

OPTIMITY ADVISORS, LLC, LRM PROPERTIES, LLC, RICK D. McNABB and LYNN A. McNABB,

                Defendants.

Civil Case No. 22-cv-07011-VF

## CONSENT JUDGMENT

Pursuant to the Settlement Agreement between Plaintiff PNC Bank, National Association ("***PNC***"), on the one hand, and Defendants Optimity Advisors LLC ("***Optimity***"), LRM Properties, LLC ("***LRM***"), and Rick D. McNabb ("***McNabb***") on the other, dated as of August 20, 2024 ("***Settlement Agreement***"), PNC, Optimity, LRM, and McNabb hereby stipulate and agree to the entry of a Judgment in the abovecaptioned case against defendants Optimity, LRM, and McNabb and in favor of PNC in the amount of ~~three million, seven-hundred-twenty thousand, eighty-nine dollars and seventy-nine cents ($3,720,089.79)~~ three million, seven-hundred-ten-thousand, eighty-nine dollars and seventy-nine cents ($3,710,089.79), plus costs as taxed by the Clerk and Court, it is hereby:

**ADJUDGED, DECREED AND ORDERED** that Judgment is hereby entered against Defendants Optimity Advisors LLC, LRM Properties, LLC, and Rick D. McNabb, jointly and severally, and in favor of PNC in the amount of ~~three million, seven-hundred-twenty thousand, eighty-nine dollars and seventy-nine cents ($3,720,089.79)~~ three million, seven-hundred-ten-thousand, eighty-nine dollars and seventy-nine cents ($3,710,089.79). It is further

**ADJUDGED, DECREED AND ORDERED** that post-judgment interest on the foregoing award as to Defendants Optimity Advisors LLC, LRM Properties, LLC, and Rick D.

DM3\10575287.5

McNabb as set forth above plus accrued interest through the date of entry of this judgment as set forth hereinabove, shall accrue at the rate provided for by Title 28, United States Code, § 1961, from the date of entry of this judgment until paid. It is further

**ADJUDGED, DECREED AND ORDERED** that the cost of enforcing the settlement agreement between the parties as set forth in Paragraph 8 of the Settlement Agreement shall be added to the principal amount of this Judgment. It is further

**ADJUDGED, DECREED AND ORDERED** that by executing this Consent Judgment, Defendants Optimity Advisors LLC, LRM Properties, LLC, and Rick D. McNabb waive service of process and consent to the jurisdiction of this Court for the purpose of entry of this judgment and any proceedings related thereto.

August 20, 2024        By:    OPTIMITY ADVISORS, LLC

_____
Name: RICK D. McNABB
Title: Authorized Representative

August 20, 2024        By:    LRM PROPERTIES, LLC

_____
Name: RICK D. McNABB
Title: Authorized Representative

D
August 20, 2024        By:    _____
RICK D. McNABB

Dated: New York, New York
       April 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2